IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL A. SALAZAR-ALFARO, | |
| Plaintiff, | 8:20-CV-198 |
| vs. | |
| | ORDER TO SHOW CAUSE |
| PETER BERG, St. Paul Field Office Director for U.S. Immigration and Customs Enforcement, et al., | |
| Defendants. | |

The plaintiff has filed a petition (filing 1) for a writ of habeas corpus, asking the Court to order the defendants to either release him from custody or provide him with an individualized bond hearing. The Court is unable to definitively determine, on the face of the petition, whether he is entitled to relief. Accordingly, because the Court cannot say that he is *not* entitled to relief, the Court must issue a writ or order to show cause. *See* 28 U.S.C. § 2243. Pursuant to § 2243, the order shall be directed to the petitioner's custodian, and "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."

This petition presents important and legally complex issues. The Court finds that the legal issues presented by the petition require measured and informed judgment, establishing good cause to proceed deliberately. The Court will, therefore, order the custodian, ICE Field Office Director Peter Berg, to respond to the petition on or before June 17, 2020, particularly addressing the arguments advanced in the petition.

- 2 -

IT IS ORDERED that ICE Field Office Director Peter Berg shall respond to the petition for writ of habeas corpus (filing 1) on or before June 17, 2020, showing cause why a writ should not issue.

Dated this 1st day of June, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge